# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILC TRADEMARK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TEXTIL MANUEL GONCALVES, S.A., et al.,<br><br>Defendants. | Case No.: 18cv1378-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

On November 27, before Defendants answered or otherwise responded to the complaint, Plaintiff filed a notice of dismissal. As provided by Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: November 29, 2018

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge